1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  PETER W. FAREWELL,

11         Plaintiff,                    No. CIV S-08-3000 KJM P

12      vs.

13  NANCY J. DILLON,

14         Defendant.               ORDER

15  _____/

16         Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action

17  pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18  pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to

19  proceed in forma pauperis on the form used by this district.  Accordingly, plaintiff's application

20  will be dismissed and plaintiff will be provided the opportunity to submit the application on the

21  appropriate form.  Plaintiff is cautioned that he must also provide a certified copy of his prison

22  trust account statement for the six month period immediately preceding the filing of his

23  complaint.

24         In accordance with the above, IT IS HEREBY ORDERED that:

25         1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is

26  dismissed without prejudice;

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
fare3000.3d